IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Meeks,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV05-3849-PHX-SRB<br><br>**ORDER** |

    Plaintiff filed his Civil Rights Complaint on November 29, 2005. All Court orders sent to Plaintiff subsequent to that date have been returned by the Post Office with the notation "Return to Sender - Released."

    On January 18, 2006, the Magistrate Judge issued his Report and Recommendation recommending that Plaintiff's complaint be dismissed without prejudice for failure to comply with Local Rule 3.4 which requires prisoner litigants to comply with the instructions attached to the complaint form filed by Plaintiff in this case. The instructions provided "You must immediately notify the clerk . . . in writing of any change in your mailing address. Failure to notify the court of any change in your mailing address may result in the dismissal of your case."

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3  IT IS FURTHER ORDERED dismissing Plaintiff's complaint.
4  DATED this 7th day of February, 2006.

_____
Susan R. Bolton
United States District Judge